IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JIMMIE D. WINDHAM III,<br><br>  Defendant. | 8:22CR11<br><br>**ORDER** |

On July 19, 2022 the court held a hearing on the motion of Nicole L. Cavanaugh to withdraw as counsel for the defendant, Jimmie D. Windham, III (Filing No. 36). Nicole L. Cavanaugh represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the Defendant and his counsel, the court granted Nicole L. Cavanaugh's motion to withdraw (Filing No. 36).

Christopher J. Roth, 1213 Jones Street, Omaha, NE 68102, (712) 310-7859, is appointed to represent Jimmie D. Windham, III for the balance of these proceedings pursuant to the Criminal Justice Act. Nicole L. Cavanaugh shall forthwith provide Christopher J. Roth any discovery materials provided to the defendant by the government and any such other materials obtained by Nicole L. Cavanaugh which are material to Jimmie D. Windham, III's defense.

The clerk shall provide a copy of this order to Christopher J. Roth and the defendant.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge