IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JIMMIE D. WINDHAM III,<br><br>　　　　　　　Defendant. | 8:22CR11<br><br>ORDER |

　　　The Government's Motion to Extend (Filing No. 56) and Defendant's Motion to Extend (Filing No. 57) are granted. Accordingly,

**IT IS ORDERED:**

1. On or before **January 3, 2023**, the parties shall deliver to the undersigned's chambers via email to bazis@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

2. The telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing set for 1/5/2023 at 2:30 p.m. is continued to **January 10, 2023, at 11:00 a.m.** before the undersigned magistrate judge. The parties will use Restricted Order [49] for conference connection instructions.

　　　Dated this 29th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge