IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JIMMIE D. WINDHAMIII,<br><br>           Defendant. | **8:22CR11**<br><br>**ORDER** |

This matter is before the court on the plaintiff's motion for additional time to file its brief [83] after receipt of the proceedings transcript from Defendant's Motion to Suppress [47]. For good cause shown, I find that the motion should be granted. Plaintiff will be given an approximate 1-week extension.

IT IS ORDERED:

1. Plaintiff's Motion to Extend [83] is granted. Plaintiff's brief in response to the Defendant's Motion to Suppress shall be filed on or before June 15, 2023.
2. Defendant's brief is due 30 days after the government's brief is filed.
3. The Government, if it so chooses, shall file its reply brief within 2 weeks of the defendant filing their brief.
4. The matter will be deemed submitted upon receipt of all briefs filed by the parties.

Dated this 9th day of June, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge