IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22-CR-11 |
| vs. | ORDER |
| JIMMIE D. WINDHAM, III, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 91) to the Magistrate Judge's Findings and Recommendation (filing 90) recommending that the defendant's motion to suppress (filing 47) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation. Accordingly,

IT IS ORDERED:

1. The defendant's objection (filing 91) is overruled.
2. The Magistrate Judge's Findings and Recommendation (filing 90) are adopted.
3. The defendant's motion to suppress (filing 47) is denied.

BY THE COURT:

John M. Gerrard
Senior United States District Judge